No. 1009. WESTERN NATURAL GAS CO. *v.* CITIES SERVICE GAS CO., *ante,* p. 964. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

APRIL 25, 1967.

No. 1570, Misc. HAMPSON *v.* ROBB, CLERK, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of habeas corpus dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 8, 1967.

No. 1490, Misc. BENNETT *v.* PATE, WARDEN;

No. 1571, Misc. KIRK *v.* DUNBAR, CORRECTIONS DIRECTOR;

No. 1574, Misc. JOHNSON *v.* SCHNECKLOTH, SUPERINTENDENT, ET AL.; and

No. 1578, Misc. BALLARD *v.* DUTTON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1534, Misc. MANSFIELD *v.* WILLINGHAM, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 1500, Misc. CARTER *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL.; and

No. 1506, Misc. WHITE *v.* CRIST, STATE HOSPITAL SUPERINTENDENT, ET AL. Motions for leave to file petitions for writs of mandamus denied.